UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. David L. Hersh                                                   Docket No. 5:13-CR-48-1D

**Petition for Action on Supervised Release**

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, David L. Hersh, who, upon an earlier plea of guilty to 15 U.S.C. §§78j(b) and 78ff, Securities Fraud, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on June 4, 2014, to the custody of the Bureau of Prisons for a term of 12 months and 1 day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

David L. Hersh was released from custody on May 29, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant expressed to the probation officer that he is having turmoil in his life relating to the dissolution of his marriage. He advised that he is having difficulty in dealing with the issues and feels he could benefit from mental health counseling. Therefore, the probation office would recommend modifying his conditions of supervision to include mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Erica W. Foy
Erica W. Foy
U.S. Probation Officer
310 New Bern Ave., Room 610
Raleigh, NC 27601
Phone: 919-861-8665
Executed On: July 7, 2015

**ORDER OF THE COURT**

Considered and ordered this ___6___ day of ___August___, 2015 and ordered filed and made a part of the records in the above case.

/s/ James C. Dever
James C. Dever III
Chief U.S. District Judge